[No. 50813-0-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, DARREL LEE HARIG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09488-9, Palmer Robinson, J., entered July 22, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50918-7-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL CRABBS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00308-3, Richard J. Thorpe and Anita L. Farris, JJ., entered July 11, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51021-5-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS GOHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01275-3, Charles W. Mertel, J., entered August 13, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Coleman and Ellington, JJ.

[Nos. 51119-0-I; 51767-8-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RHINEHART, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-1-01313-5, George T. Mattson, J., entered August 26, 2002. *Affirmed* by unpublished per curiam opinion.